1  KENDALL BRILL & KLIEGER LLP
   Robert N. Klieger (192962)
2    *rklieger@kbkfirm.com*
   10100 Santa Monica Blvd., Suite 1725
3  Los Angeles, California  90067
   Telephone:  310.556.2700
4  Facsimile:  310.556.2705

5  Attorneys for Defendant and
   Counterclaimant Electronic Arts Inc.

6

7

JS-6

8              **UNITED STATES DISTRICT COURT**

9   **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

10

11  DIRECT TECHNOLOGIES, LLC, a          Case No. SACV 10-01336 AG (PJWx)
    California limited liability company,
12                                        **JUDGMENT**
              Plaintiff,
13
         v.
14
    ELECTRONIC ARTS INC., a
15  Delaware corporation; and DOES 1
    through 10, inclusive,
16
              Defendants.
17

18  ─────────────────────────────

19  AND RELATED COUNTERCLAIM

20

21

22

23

24

25

26

27

28

**Kendall Brill
& Klieger LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

182039.1

1    This action came on for hearing before the Court, on July 28, 2014, the

2 Honorable Andrew J. Guilford, United States District Judge Presiding, on the

3 Renewed Motion of Defendant Electronic Arts Inc. for Summary Judgment.  The

4 evidence presented having been fully considered, the issues having been duly heard,

5 and a decision having been duly rendered:

6    **IT IS ORDERED AND ADJUDGED** that the Plaintiff Direct Technologies,

7 LLC take nothing, that its claims be dismissed on the merits, and that Defendant

8 Electronic Arts Inc. recover its costs.  Any motion for attorneys' fees shall be made

9 by motion within fourteen (14) days following entry of this judgment.

10

11 Dated:    August 4, 2014                                              _____

Hon. Andrew J. Guilford

12                                                                                   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
[PROPOSED] JUDGMENT