

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DIRECT TECHNOLOGIES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV 10-01336 AG (PJWx)<br><br>REDACTED<br>**VERDICT FORM** |

## VERDICT FORM

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of the Court as our verdict in this case.

### FINDING ON DERIVATIVE WORK

1. Has DT proven that the derivative work is original?

    Yes _____   No ✓

    If your answer is "no," answer no further questions and have the Presiding Juror sign this form. If your answer is "yes," answer Question No. 2.

### FINDING ON JOINT AUTHORSHIP

2. Has Direct Technologies proven that it is a joint author of the derivative work?

    Yes _____   No _____

    If your answer is "no," answer no further questions and have the Presiding Juror sign this form. If your answer is "yes," answer Question No. 3.

### FINDINGS ON ACCOUNTING

3. What is Direct Technologies share of the profits, if any, from the derivative work?

    $ _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict.

Dated this __9th__ day of __June__, 2017.

By: _____
      Presiding Juror