# JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DIRECT TECHNOLOGIES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV 10-01336 AG (PJWx)<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING THIS ACTION AND ALL CLAIMS WITH PREJUDICE**<br><br>Hon. Andrew J. Guilford |

Pursuant to the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED as follows:

This action and all claims are DISMISSED with prejudice, with the Parties to bear their own costs and attorney's fees.

**Counsel shall immediately contact the clerk to pick up the trial exhibits and binders.**

Dated: June 15, 2017

_____
Hon. Andrew J. Guilford
United States District Judge

1
**[PROPOSED] ORDER**